UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MABALCON,<br><br>        Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. 1:21-cv-00631-NONE-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL<br><br>(ECF NO. 7) |

    Plaintiff Amanda Mabalcon filed a notice of voluntary dismissal with prejudice (ECF No. 7), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant had not filed an answer or motion for summary judgment. Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case, for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

    Dated: **July 12, 2021**  /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE